**SEALED**

**FILED**

MAY 0 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2013 BROWN GMC SUV WITH CA LICENSE PLATE DISNYCA AND VIN 1GKS2CE09DR239291 | CASE NO. 2:19-SW-377 AC<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: 5/3/19

_____
Hon. Allison Claire
United States Magistrate Judge

SEALING ORDER                                1