McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>**A 2014 black Lincoln sedan with CA license plate 7ZSM535 and VIN 3LN6L2GK5ER809145;**<br><br>**A 2013 brown GMC SUV with CA license plate DISNYCA and VIN 1GKS2CE09DR239291;**<br><br>**USPS Priority Mail Parcel 99470 1036 9930 0043 2071 40;**<br><br>**2304 Quail Meadow Drive, Modesto, California 95355;**<br><br>**A 2013 gold GMC SUV with CA license plate DISNYCA and VIN 1GKS2CE09DR239291;** | 2:19-SW-230-DB<br>2:19-SW-231-DB<br>2:19-SW-376-AC<br>2:19-SW-377-AC<br>2:19-SW-350-CKD<br>2:19-SW-448-CKD<br>2:19-SW-449-CKD<br>2:19-SW-450-CKD<br><br>**~~[PROPOSED]~~ ORDER UNSEALING SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned

matters be, and are, hereby ordered unsealed.

DATED: May 31, 2019

Hon. DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE